## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

Gary Gruski, Individually and on Behalf of all Other Similarly Situated

v.

MENU FOODS, INC., a Canadian corp., NUTRO PRODUCTS, INC., a California Corp. & PETSMART, INC., an Arizona corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENU FOODS, INC.

**07CV2183**
**JUDGE DARRAH**
**MAG. JUDGE VALDEZ**

| NAME (Type or print)  Edward B. Ruff, III |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ *Edward B. Ruff* |
| FIRM  Pretzel & Stouffer, Chartered |
| STREET ADDRESS  One South Wacker Drive, Suite 2500, |
| CITY/STATE/ZIP  Chicago, IL 60606 |

FILED
APR 19 2007
APR 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6181332 | TELEPHONE NUMBER  (312) 578-7450 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

Dockets.Justia.com