U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Gary Gruski, Individually and on Behalf of all Other Similarly Situated

v.

MENU FOODS, INC., a Canadian corp., NUTRO PRODUCTS, INC., a California Corp. & PETSMART, INC., an Arizona corp.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENU FOODS, INC.

**07CV2183
JUDGE DARRAH
MAG. JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) Priya K. Jesani | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Priya K. Jesani | |
| FIRM Pretzel & Stouffer, Chartered | |
| STREET ADDRESS One South Wacker Drive, Suite 2500, | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6270114 | TELEPHONE NUMBER (312) 578-7598 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

FILED
APR 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT