U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

Gary Gruski, Individually and on Behalf of all Other Similarly Situated

v.

MENU FOODS, INC., a Canadian corp., NUTRO PRODUCTS, INC., a California Corp. & PETSMART, INC., an Arizona corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MENU FOODS, INC.

**07CV2183**
**JUDGE DARRAH**
**MAG. JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) Michael P. Turiello | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Pretzel & Stouffer, Chartered | **FILED** |
| STREET ADDRESS One South Wacker Drive, Suite 2500, | APR 19 2007 APR 19, 2007 |
| CITY/STATE/ZIP Chicago, IL 60606 | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6238272 | TELEPHONE NUMBER (312) 578-7507 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |