28.062334-237/537                    PKJ/mmb                    #397

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, Individually and on behalf of all Other Similarly Situated, | ) ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No:    07 C 2183 |
| | ) |
| MENU FOODS, INC., a Canadian Corporation, NUTRO PRODUCTS, INC., a California Corporation, and PETSMART, INC., an Arizona Corporation, | )   Judge John W. Darrah ) Magistrate Judge Valdez ) |
| | ) |
| Defendants. | ) |

**MOTION TO CORRECT DOCKET AND CAPTION**

Defendant MENU FOODS, INC., respectfully requests a correction of the court docket as well as the caption in the above-captioned matter due to a typographical error in which the name of the Plaintiff was typed as Gary Gruski and should have been Gary Bruski relating to documents filed on April 19, 2007.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By: /s/ Priya K. Jesani
One of the Attorneys for MENU FOODS

Edward B. Ruff ARDC# 6181332
Michael P. Turiello ARDC# 6238272
Priya K. Jesani ARDC# 6270114
Attorneys for MENU FOODS
PRETZEL & STOUFFER, CHARTERED
 One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973