28.062334-237/537				PKJ/mmb					#397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, Individually and on behalf of all Other Similarly Situated, | ) ) |
|                          Plaintiffs, | ) ) |
| v. | ) No: 07 C 2183 |
| | ) |
| MENU FOODS, INC., a Canadian Corporation, NUTRO PRODUCTS, INC., a California Corporation, and PETSMART, INC., an Arizona Corporation, | )   Judge John W. Darrah ) Magistrate Judge Valdez ) |
| | ) |
|                          Defendants. | ) |

## NOTICE OF MOTION

TO:	Peter C. Wachowski, George S. Bellas, Bellas & Wachowski, 15 North Northwest Highway, Park Ridge, IL 60068

     On   May 1        , 2007, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah Room 1203  or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, and shall then and there present Defendant's MENU FOODS, INC.'s Motion to Correct Docket and Caption.

Edward B. Ruff ARDC# 6181332
Michael P. Turiello ARDC# 6238272
Priya K. Jesani ARDC# 6270114
Attorneys for MENU FOODS
PRETZEL & STOUFFER, CHARTERED
 One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973

CERTIFICATE OF SERVICE

    I hereby certified that the Notice of Motion and Defendant, MENU FOODS, INC.'s **Motion to Correct Docket and Caption** was filed electronically on April 23, 2007 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Peter C. Wachowski, Esq.
George S. Bellas, Esq.
Bellas & Wachowski
15 North Northwest Highway
Park Ridge, IL 60068

                              Respectfully submitted,

                              PRETZEL & STOUFFER, CHARTERED


                              By: /s/ Priya K. Jesani
                              One of the Attorneys for MENU FOODS

Edward B. Ruff ARDC# 6181332
Michael P. Turiello ARDC# 6238272
Priya K. Jesani ARDC# 6270114
Attorneys for MENU FOODS
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973