# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2183 | **DATE** | 4/24/2007 |
| **CASE TITLE** | Gary Bruski vs. Menu Foods, Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's motion to correct docket and caption is granted [7,8]. The clerk is directed to correct the docket and caption of the case to read the plaintiff's name as Gary Bruski.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

07C2183 Gary Bruski vs. Menu Foods, Inc.                                                                                   Page 1 of 1

Dockets.Justia.com