# EXHIBIT J

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60428-CIV-COHN/SNOW

CHRISTINA TROIANO, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

MENU FOODS, INC. and MENU FOODS
INCOME FUND,

      Defendants.

_____/

## ORDER GRANTING DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS

**THIS CAUSE** is before the Court upon Defendants' Motion to Stay All

Proceedings [DE 5], and having considered the Motion and the record, and noting the

agreement of the parties, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Stay All Proceedings

[DE 5] is **GRANTED**, pending the transfer decision by the Judicial Panel on Multidistrict

Litigation in the case styled In re Pet Food Products Liability Litigation, MDL No. 1850,

and a determination of class certification by the transferor court.  It is further

**ORDERED AND ADJUDGED** that all parties shall, during the pendency of the

stay in this matter, comply with their duty to preserve all evidence that may be relevant

to this action.  This duty extends to documents, electronic data, and tangible things in

the possession, custody, and control of the parties to this action, and any employees,

agents, contractors, or carriers who possess materials reasonably anticipated to be the

subject of discovery in this action.  "Preservation" is to be interpreted broadly to

Case 1:07-cv-02183    Document 14-20    Filed 05/03/2007    Page 3 of 3

Case 0:07-cv-60428-JIC    Document 19    Entered on FLSD Docket 04/26/2007    Page 2 of 2

accomplish the goal of maintaining the integrity of all documents, data, and tangible things reasonably anticipated to be ths subject of discovery under Fed. R. Civ. P. 26, 45, and 56(e) in this action. "Preservation" includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of such material, as well as negligent or intentional handling that would make material incomplete or inaccessible. If the business practices of any party involve the routine destruction, recycling, relocation, or mutation of materials, the party must, to the extent practicable for the pendency of this Order, do one of the following:

    i.    halt such business practices;

    ii.    sequester or remove such material from the business process; or

    iii.    arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery if requested.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

2