## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, Individually and on Behalf of all Others Similarly Situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MENU FOODS, INC., a Canadian Corporation, NUTRO PRODUCTS, INC., a California Corporation, and PETSMART, INC., an Arizona Corporation, )<br>)<br>Defendants. )<br>)<br>) | Case No.: 07 C 2183<br><br>Judge John W. Darrah<br><br>Magistrate Judge Valdez |

### AGREED MOTION FOR EXTENSTION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Nutro Products, Inc. ("Nutro") and PetSmart, Inc. ("PetSmart"), by their attorneys, Scandaglia & Ryan, respectfully move this Court for an Order granting an extension of time to answer or otherwise plead, up to and including June 8, 2007. In support of this motion, Nutro and PetSmart state as follows:

1. On or about March 23, 2007 Plaintiff Gary Bruski ("Bruski"), individually and on behalf of all others similarly situated, filed a multi-count Class Action Complaint in the Circuit Court of Cook County, Illinois against Defendants Nutro, PetSmart and Menu Foods, Inc. ("Menu Foods"). *See* Class Action Complaint, attached hereto as Ex. 1.

2. On or about April 19, 2007 Defendant Menu Foods filed a Notice of Removal, removing the case from the Circuit Court of Cook County to the United States District Court for

the Northern District of Illinois, Eastern Division. *See* Notice of Removal of Civil Action, attached hereto as Ex. 2.

3. On or about April 26, 2007 Defendants Nutro and PetSmart joined Menu Foods' Notice of Removal. *See* Joinder of Notice of Removal, attached hereto as Ex. 3.

4. On or about May 3, 2007 Defendant Menu Foods filed Defendant's Motion to Stay All Proceedings. *See* Defendant's Motion to Stay All Proceedings, attached hereto as Ex. 4.

5. Nutro and PetSmart now seek a thirty-day (30) extension of time in which to answer or otherwise plead, up to and including June 8, 2007.

6. Counsel for Nutro and PetSmart and counsel for Bruski have discussed the contents of this Motion and have agreed to its contents.

7. This Agreed Motion is not intended to prejudice Bruski's rights in any way with respect to the removal of this litigation from state to federal court.

WHEREFORE, for all the reasons set forth above, this Court should enter an Order granting Nutro and PetSmart an extension of time to answer or otherwise plead, up to and including June 8, 2007.

        Respectfully submitted,

        NUTRO PRODUCTS, INC. and
        PETSMART, INC.

Date: May 8, 2007

        By: /s/ *William J. Ryan*
            One of Its Attorneys

William J. Ryan (IL No. 6208379)
Bradley D. Hergott (IL No. 6280208)
SCANDAGLIA & RYAN
55 East Monroe Street, Suite 3930

Chicago, Illinois 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806
gscandaglia@scandagliaryan.com
bryan@scandagliaryan.com
bhergott@scandagliaryan.com

-and-

William E. Wegner, CA-SBN 101486
Charles H. Abbott, CA-SBN 227488
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
wwegner@gibsondunn.com
cabbott@gibsondunn.com


Attorneys for Defendants
NUTRO PRODUCTS, INC. and
PETSMART, INC.