Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., NUTRO PRODUCTS, and PETSMART<br><br>Defendants. | Case No. 07 C 2183<br><br>Judge John W. Darrah<br>Magistrate Judge Valdez |

### JOINDER OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Nutro Products, Inc. ("Nutro") and PetSmart, Inc., ("PetSmart") hereby join in the Notice of Removal that was filed by Defendant Menu Foods, Inc. on April 19, 2006, before either Nutro or PetSmart, Inc. were served with Plaintiffs' Complaint.

DATE: April 26, 2007

Respectfully submitted,

NUTRO PRODUCTS, INC. and
PETSMART, INC

By: /s/ *Gregory J. Scandaglia*
Gregory J. Scandaglia (IL No. 6195144)
William J. Ryan (IL No. 6208379)
Bradley D. Hergott (IL No.6280208)
SCANDAGLIA & RYAN
55 East Monroe, Suite 3930
Chicago, IL 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806
gscandaglia@scandagliaryan.com
bryan@scandagliaryan.com
bhergott@scandagliaryan.com

-and-

1

William B. Wegner, CA-SBN 101486
Charles H. Abbott, CA-SBN 227488
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
wwegner@gibsondunn.net
cabbott@gibsondunn.net

Attorneys for Defendants
NUTRO PRODUCTS, INC. and
PETSMART, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby affirms and states that he served the above **Joinder of Notice of Removal**, by causing copies of the same to be sent *via* the Court's Electronic Case Filing System to the parties listed below on April 26, 2007.

| | |
|---|---|
| Peter C. Wachowski | Edward B. Ruff, III |
| BELLAS & WACHOWSKI | Michael Patrick Turiello |
| 15 North Northwest Highway | Priya K. Jesani |
| Park Ridge, IL 60068 | PRETZEL & STOUFFER, CHARTERED |
| peter@bellas-wachowski.com | One South Wacker Drive, Ste. 2500 |
| | Chicago, IL 60606 |
| | eruff@pretzel-stouffer.com |
| | mturiello@pretzel-stouffer.com |
| | pjesani@pretzel-stouffer.com |

*/s/ Gregory J. Scandaglia*