IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, Individually and on Behalf of all Others Similarly Situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 07 C 2183 |
| MENU FOODS, INC., a Canadian Corporation, NUTRO PRODUCTS, INC., a California Corporation, and PETSMART, INC., an Arizona Corporation, ) ) ) ) ) | Judge John W. Darrah  Magistrate Judge Valdez |
| Defendants. ) ) ) | |

## NOTICE OF MOTION

TO:  Peter C. Wachowski                    Edward B. Ruff, III
     George S. Bellas                      Michael Patrick Turiello
     BELLAS & WACHOWSKI                    Priya K. Jesani
     15 North Northwest Highway            PRETZEL & STOUFFER, CHARTERED
     Park Ridge, IL 60068                  One South Wacker Drive, Ste. 2500
                                           Chicago, IL 60606

    PLEASE TAKE NOTICE THAT on May 15, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John W. Darrah, United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building, Room 1203, 219 S. Dearborn Street, Chicago, Illinois, and will then and there present Defendants' **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and hereby served upon you.

                                                            Respectfully submitted,

                                                              NUTRO PRODUCTS, INC. and
                                                              PETSMART, INC.

                                                            By:  /s/ *William J. Ryan*
                                                                 One of Its Attorneys

William J. Ryan (IL No. 6208379)
Bradley D. Hergott (IL No. 6280208)
SCANDAGLIA & RYAN
55 East Monroe Street, Suite 3930

Chicago, Illinois 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806
gscandaglia@scandagliaryan.com
bryan@scandagliaryan.com
bhergott@scandagliaryan.com

-and-

William E. Wegner, CA-SBN 101486
Charles H. Abbott, CA-SBN 227488
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
wwegner@gibsondunn.com
cabbott@gibsondunn.com


Attorneys for Defendants
NUTRO PRODUCTS, INC. and
PETSMART, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby affirms and states that he served the above **Agreed Motion for Extension of Time to Answer or Otherwise Plead**, by causing copies of the same to be sent *via* the Court's Electronic Case Filing System to the parties listed below on May 8, 2007.

| | |
|---|---|
| Peter C. Wachowski | Edward B. Ruff, III |
| George S. Bellas | Michael Patrick Turiello |
| BELLAS & WACHOWSKI | Priya K. Jesani |
| 15 North Northwest Highway | PRETZEL & STOUFFER, CHARTERED |
| Park Ridge, IL 60068 | One South Wacker Drive, Ste. 2500 |
| peter@bellas-wachowski.com | Chicago, IL 60606 |
| george@bellas-wachowski.com | eruff@pretzel-stouffer.com |
| | mturiello@pretzel-stouffer.com |
| | pjesani@pretzel-stouffer.com |

  /s/ Bradley D. Hergott