## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2183 | **DATE** | 5/10/2007 |
| **CASE TITLE** | Bruski vs. Menu Foods | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for an extension of time to answer or otherwise plead is granted to and including to 6/8/07 [16, 17]. Defendants' motion to stay proceedings [14] is granted. Status hearing set for 6/12/07 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Dockets.Justia.com