## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Gary Bruski

                              Plaintiff,

v.                                              Case No.: 1:07−cv−02183
                                                         Honorable John W. Darrah

Menu Foods, Inc., et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 4, 2007:

      MINUTE entry before Judge John W. Darrah :This case being currently stayed, the Court will set the time for defendants to file responsive pleadings at the 6/12/07 status. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.