## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY BRUSKI, Individually and On Behalf of All Similarly Situated,<br>          Plaintiff,<br><br>v.<br><br>MENU FOODS, INC., *et. al.*<br>          Defendants, | )<br>)  Case No. :07-cv-2183<br>)<br>)  Judge Wayne Anderson<br>)<br>)<br>)  June 29, 2007<br>) |

### NOTICE OF MULTIDISTRICT CONSOLIDATION PURSUANT TO
### 28 U.S.C. § 1407 AND REQUEST TO CONTINUE STAY

On June 19, 2007, the Judicial Panel on Multidistrict Litigation (the "JPML") issued the attached Transfer Order, creating a new multidistrict proceeding entitled *In re Pet Food Products Liability Litigation* (the "MDL"), and assigning the MDL to Judge Noel L. Hillman of the District of New Jersey.

As required by Rules 1.1, 7.4, and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, this case has been identified to the Panel as a "tag-along" case. (see attached Notice of Related Action submitted to the JPML, dated May 31, 2007.)

In light of the likely imminent transfer of this case, the current stay of proceedings should remain in place pending transfer to the MDL, in order to serve the interests of judicial economy.

Dated:  June 29, 2007                                                Respectfully submitted,

                                                                                     **MENU FOODS, INC.,**


                                                                                     By: s/ William C. Martin
                                                                                     One of Its Attorneys

William C. Martin (#06272668)
**DLA PIPER US LLP**
http://www.dlapiper.com
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
william.martin@dlapiper.com
T: (312) 368-4000
F: (312) 236-7516

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the June 29, 2007, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

s/ William C. Martin
William C. Martin

William C. Martin (#06272668)
**DLA PIPER US LLP**
http://www.dlapiper.com
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
william.martin@dlapiper.com
T: (312) 368-4000
F: (312) 236-7516