## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 2183 | **DATE** | 6/29/2007 |
| **CASE TITLE** | Bruski vs. Menu Foods, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the order entered on 6/8/2007, case number 7 c 2183 (J. Darrah) shall be reassigned to the calendar of J. Andersen as related to 7 c 1543.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

7C2183 Bruski vs. Menu Foods, Inc. Et al                                                                   Page 1 of 1

Dockets.Justia.com